# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ANGELA BETTIS**                                                                                 **PLAINTIFF**

**v.**                  **Case No. 4:14-cv-00200-KGB**

**BEI PRECISION SYSTEMS & SPACE COMPANY, INC.**          **DEFENDANT**

## ORDER

The parties have filed a joint stipulation for dismissal with prejudice of plaintiff's claims against defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Dkt. No. 19). Pursuant to the stipulation of dismissal, plaintiff's claims against defendant are dismissed with prejudice with each party to bear her or its own costs and attorneys' fees.

SO ORDERED this the 17th day of December, 2014.

_____
Kristine G. Baker
United States District Judge